FILED
2023 Jun-22 PM 06:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>MILENA IAMANDITA<br><br>*Defendant(s)* | Case No.<br><br>3:23-mj-1098-HNJ |

FILED
JUN 22 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  February 27, 2023 to June 18, 2023  in the county of  Lauderdale, and elsewhere,  in the
 Northern  District of  Alabama , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

RYAN WINDHAM
*Digitally signed by RYAN WINDHAM*
*Date: 2023.06.22 16:08:09 -05'00'*

*Complainant's signature*

Ryan J. Windham, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/22/2023

Herman N. Johnson, Jr.
*Digitally signed by Herman N. Johnson, Jr.*
*Date: 2023.06.22 16:23:25 -05'00'*

*Judge's signature*

City and state:   Huntsville, Alabama        Herman N. Johnson, Jr., U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF CRIMINAL COMPLAINTS FOR IONUT IAMANDITA, MILENA IAMANDITA, FLORIN MATEI ELANA MATEI, and LARISA IORDACHE | Case No. 3:23-mj-1098-HNJ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS

I, Ryan J. Windham, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have been an SA with the FBI since August 2022. I am presently assigned to the Birmingham Division, Florence Resident Agency, investigating violations of federal law. During my training at the FBI Academy, Quantico, Virginia, I received training in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. Prior to joining the FBI, I was a member of the Missouri State Highway Patrol (MSHP) for approximately five-and-a-half years. While employed with the MSHP, I was a member of the Major Case Squad and completed two separate internships with the MSHP Division of Drug and Crime Control Unit. I have assisted on numerous investigations, including homicide, sexual assault, drug investigations, and child exploitation investigations.

2. This affidavit is made in support of criminal complaints against IONUT IAMANDITA, MILENA IAMANDITA, FLORIN MATEI, ELANA MATEI, and LARISA IORDACHE for violating Title 18, United States Code, Section 1349 (Conspiracy to Commit Bank Fraud).

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that IONUT IAMANDITA, MILENA IAMANDITA, FLORIN MATEI, ELANA MATEI, and LARISA IORDACHE conspired to commit bank fraud.

## PROBABLE CAUSE

4. The FBI is investigating a criminal conspiracy that uses skimming devices to illicitly capture victims' banking information, and then uses that information to make unauthorized withdrawals from financial institutions' ATMs.

*Fraud Against Listerhill Credit Union*

5. On March 25, 2023, agents of the FBI Birmingham Division opened an investigation after they were notified by employees of Listerhill Credit Union ("LCU")[1]

---

[1] LCU is a credit union whose accounts are insured by the National Credit Union Share Insurance Fund. Given that, LCU is a "financial institution" within the meaning of 18 U.S.C. § 20.

2

that hundreds of customers had unauthorized withdrawals made from their accounts at drive-through ATMs.

6. LCU surveillance footage showed fraudsters installing skimmers and covert cameras on LCU ATMs on February 27, 2023, and March 19, 2023. On March 25, 2023, the fraudsters used the banking information collected through the skimming to conduct unauthorized withdrawals. LCU estimated a total loss of approximately $1,756,991.00 associated with this conduct.

7. The investigation revealed that IONUT IAMANDITA and MILENA IAMANDITA were two of the individuals who conducted fraudulent transactions at LCU ATMs on March 25, 2023. Agents identified two phone numbers of interest (714-334-5512 and 949-358-4021). These numbers were determined to be associated with IONUT IAMANDITA and MILENA IAMANDITA. The United States District Court for the Northern District of Alabama issued search warrants for prospective location data for the devices associated with the numbers.

*Fraud Against Avadian Credit Union*

8. On June 17, 2023, location data for the 714-334-5512 and 949-358-4021 numbers indicated that the devices were at the Atlanta-Hartsfield International Airport. The location data showed that the devices travelled west on I-20 and arrived in the Birmingham, Alabama, area that same day.

9. On June 18, 2023, agents noticed that the location data for the 714-334-5512 and 949-358-4021 numbers indicated that the devices were near an Avadian Credit

3

Union ("Avadian") branch in the Birmingham, Alabama, area.[2] Agents contacted an Avadian employee, who indicated that fraudulent transactions were being conducted and provided images of surveillance footage.

10. Figure 1 below is an image provided by AVADIAN to the FBI, which shows IONUT IAMANDITA and MILENA IAMANDITA conducting a transaction at a Birmingham-area ATM.

*Figure 1*



11. Figure 2 is another surveillance image provided by Avadian to the FBI of a fraudulent transaction that occurred on June 18, 2023. The driver in Figure 2 was later

---

[2] Avadian is a credit union whose accounts are insured by the National Credit Union Share Insurance Fund. Given that, Avadian is a "financial institution" within the meaning of 18 U.S.C. § 20.

4

identified as FLORIN MATEI. The passenger in the front seat was later identified as ELANA MATEI. The person in the back seat is believed to be LARISA IORDACHE.

*Figure 2*



12. Agents responded to the Birmingham area. Using the phone location data for the 714-334-5512 and 949-358-4021 numbers, agents tracked the devices to an Avadian branch in Birmingham, Alabama. At that location, agents observed FLORIN MATEI driving a dark grey Honda Odyssey. ELANA MATEI was in the front passenger seat. Both FLORIN MATEI and ELANA MATEI were wearing face coverings. IONUT IAMANDITA and MILENA IAMANDITA were in the back passenger seats of the vehicle.

13. Agents followed the Honda Odyssey to another Avadian branch in the Birmingham area. An agent saw a person resembling MILENA IAMANDITA step out of the vehicle and walk up to an ATM.

14. Around an hour later, agents located IONUT IAMANDITA and MILENA IAMANDITA at a Hoover, Alabama, Avadian branch. Both the 714-334-

5512 and 949-358-4021 numbers were present in an area near the Avadian branch. Agents observed IONUT IAMANDITA driving a grey Dodge Journey with Oklahoma registration. MILENA IAMANDITA was in the front passenger seat. The Dodge Journey then exited the Hoover branch and, according to phone location data, travelled to an Avadian branch in Pelham, Alabama.

15. After the Dodge Journey had left, agents observed the dark grey Honda Odyssey at the Hoover branch. Agents contacted the Hoover Police Department and informed it of the situation and identified the Honda Odyssey. Hoover Police sent marked units to respond. Hoover Police stopped the Honda Odyssey a few miles south of the Hoover branch. Agents arrived on the scene and identified the three occupants of the vehicle as ELANA MATEI, FLORIN MATEI, and LARISA IORDACHE.[3] Inside the Honda Odyssey agents observed face coverings. Over $93,000 in United States Currency was recovered from LARISA IORDACHE.

16. At that time, the location data for the 714-334-5512 and 949-358-4021 numbers indicated that the devices were travelling west on I-20 towards Tuscaloosa, Alabama. Agents observed that the location data indicated that the devices had stopped at a gas station. Agents pulled into the gas station and observed the Dodge Journey. Local police initiated a traffic stop shortly after the Dodge Journey got back on the

---

[3] LARISA IORDACHE is MARIUS IORDACHE's wife.

interstate. Agents at the scene identified the driver as IONUT IAMANDITA and the passenger as MILENA IAMANDITA.

17. Both IONUT IAMANDITA and MILENA IAMANDITA were arrested. A search incident to arrest of MILENA IAMANDITA revealed a pouch enclosed by a zipper inside her dress. Inside the pouch were bank cards and significant amounts of United States currency.

18. Like with the LCU fraud, conspirators installed skimming devices and covert cameras on Avadian ATMs weeks before conducting the fraudulent transactions. Avadian surveillance cameras also captured an individual determined to be MARIUS IORDACHE placing a skimming device in an Avadian ATM in Shelby County, Alabama, on May 18, 2023 (Figure 3), approximately one month before the other conspirators returned to the area to complete fraudulent transactions.

*Figure 3*



7

19. Phone location data for IONUT IAMANDITA and MELINA IAMANDITA's phones indicated that the devices were located at the Hilton Garden Inn, 2090 Urban Center Parkway, Birmingham, Alabama, on the night of June 17, 2023. Agents went to the hotel and interviewed staff. Agents showed hotel staff pictures provided by Avadian of the persons who had conducted the fraudulent transactions. The hotel staff identified the people in the pictures as guests at the hotel and provided their room numbers. Law enforcement obtained state search warrants for the hotel rooms.

20. During the interview, hotel staff identified a man in the lobby as being associated with the people shown in the pictures provided by Avadian. Agents approached the man, later identified as MARIUS IORDACHE, and detained him pending execution of the search warrants. MARIUS IORDACHE was then transported to the Vestavia Police Department for questioning and was arrested on state charges. A key fob with a Volvo logo on it was seized from him incident to arrest.

21. A black Volvo XC90 was in the hotel parking lot directly in front of the lobby. Agents pressed the lock button of the key fob and the Volvo locked. Agents approached the vehicle and observed in plain view what appeared to be two covert video camera strips used by the fraudsters, as depicted in Figure 3.

## CONCLUSION

22. As set forth in this affidavit, there is probable cause to believe that beginning on at least February 27, 2023, and continuing through June 18, 2023, in the Northern District of Alabama, and elsewhere, IONUT IAMANDITA, MILENA IAMANDITA, FLORIN MATEI, ELANA MATEI, and LARISA IORDACHE conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1349.

Respectfully submitted,

RYAN WINDHAM
Digitally signed by RYAN WINDHAM
Date: 2023.06.22 16:08:40 -05'00'

Ryan J. Windham
Special Agent
Federal Bureau of Investigation

Subscribed electronically and sworn to telephonically before me this 22nd day of June, 2023.

Herman N. Johnson, Jr
Digitally signed by Herman N. Johnson, Jr.
Date: 2023.06.22 16:23:41 -05'00'

Herman N. Johnson Jr.
United States Magistrate Judge

9